


1  BENJAMIN B. WAGNER
   United States Attorney
2  MELANIE ALSWORTH
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California  93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF ) <br> THE EXTRADITION OF ) <br> REFUGIO MARISCAL DELGADILLO, ) <br> a.k.a. REFUGIO MARIZCAL ) <br> DELGADILLO, a.k.a. REFUGIO ) <br> MARISCALES DELGADILLO, a.k.a. ) <br> EL CUCO, a.k.a. ROGELIO CERDA,) <br> a.k.a. EL TIJUANA, a.k.a. ) <br> CERDA, a.k.a. SAUL ORTIZ ) <br> CALVILLO, a.k.a. EL PUAS, ) <br> a.k.a. EL NEGRO REFUGIO. ) | Case No. <br> 1:13 MC - 00001  BAM <br> ORDER |

   BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant United States Attorney Melanie L. Alsworth, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that REFUGIO MARISCAL DELGADILLO, a.k.a. REFUGIO MARIZCAL DELGADILLO, a.k.a. REFUGIO MARISCALES DELGADILLO, a.k.a. EL CUCO, a.k.a. ROGELIO CERDA, a.k.a. EL TIJUANA, a.k.a. CERDA, a.k.a. SAUL ORTIZ CALVILLO, a.k.a. EL PUAS, a.k.a. EL NEGRO REFUGIO should be apprehended and brought before this Court so that the evidence of a conviction may be heard and considered as provided in 18 U.S.C. § 3184, and the Extradition Treaty between the United States and Mexico.

///

///

1  IT IS THEREFORE ORDERED that a warrant for the arrest of REFUGIO
2  MARISCAL DELGADILLO be issued.
3  DATED: 12/27/12

_____
United States Magistrate Judge