Case 1:13-mc-00001-BAM   Document 11   Filed 03/25/13   Page 1 of 3

| | |
|---|---|
| 1  BENJAMIN B. WAGNER<br>   United States Attorney<br>2  MELANIE L. ALSWORTH<br>   Assistant United States Attorney<br>3  2500 Tulare Street, Suite 4401<br>   Fresno, CA 93721<br>4  Telephone: (559) 497-4000<br>   Facsimile:  (559) 497-4099 | <br>FILED<br>MAR 25 2013<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>        DEPUTY CLERK |

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>REFUGIO MARISCAL DELGADILLO,<br>a.k.a. REFUGIO MARIZCAL DELGADILLO,<br>a.k.a. REFUGIO MARISCALES<br>DELGADILLO, a.k.a. EL CUCO,<br>a.k.a. ROGELIO CERDA, a.k.a. EL TIJUANA,<br>a.k.a. CERDA, a.k.a. SAUL ORTIZ<br>CALVILLO, a.k.a. EL PUAS,<br>A.K.A. EL NEGRO REFUGIO | CASE NO. 1:13-MC-00001 BAM<br><br>**CERTIFICATION OF EXTRADITABILITY AND ORDER OF COMMITMENT** |

The Court has received the Complaint filed on January 3, 2013, by Melanie L. Alsworth, Assistant United States Attorney for the Eastern District of California, for and on behalf of the Government of Mexico, pursuant to that Government's request for the extradition of Refugio Mariscal Delgadillo. The Court has also received an affidavit executed by Refugio Mariscal Delgadillo and witnessed by his attorney, Charles Lee.

On March 25, 2013, Refugio Mariscal Delgadillo appeared before the Court in open session, accompanied by his attorney, and in the presence of the aforementioned Assistant United States Attorney. The Court addressed Refugio Mariscal Delgadillo and is satisfied that he is aware of his rights as set forth in the affidavit of consent to extradition and that the affidavit was executed knowingly and voluntarily.

Inasmuch as Refugio Mariscal Delgadillo has conceded that he is extraditable on the charges for

1

which extradition was requested, and has consented to a certification by this Court to that effect, and has further consented to remain in custody pending the arrival of agents from the requesting state to effect his transfer to the requesting state, the Court finds on the basis of the record herein and the representation of Refugio Mariscal Delgadillo and counsel that:

1. the undersigned judicial officer is authorized under Title 18, United State Code, Section 3184, to conduct an extradition hearing;

2. the Court has personal jurisdiction over Refugio Mariscal Delgadillo and subject matter jurisdiction over the case;

3. there is currently in force an extradition treaty between the Government of the United States and the Government of Mexico, 31 U.S.T. 5059; TIAS 9656;

4. Refugio Mariscal Delgadillo was convicted in the State of Sonora with the offense of kidnapping and was sentenced to a term of twenty-four (24) years in prison;

5. this charge constitutes an extraditable offense within the meaning of Article 2, paragraph 1 of the Extradition Treaty between the United States and Mexico, and item 4 of the Treaty's appendix;

6. the requesting state seeks the extradition of Refugio Mariscal Delgadillo to serve the sentence imposed; and

7. Refugio Mariscal Delgadillo has stipulated that there is probable cause to believe that he committed the offense for which extradition is sought.

Based on the foregoing findings, the Court concludes that Refugio Mariscal Delgadillo is extraditable for the offense for which extradition was requested, and certifies this finding to the Secretary of State as required under Title 18, United States Code, Section 3184.

IT IS THEREFORE ORDERED that the Clerk of the Court deliver to the Assistant United States Attorney a certified copy of this Certification of Extraditability and the executed Affidavit of Consent to Extradition and, further, that the Clerk forward certified copies of the same to the Secretary of State (to the attention of the Legal Adviser) and the Director, Office of International Affairs, Criminal Division, U.S. Department of Justice, in Washington, D.C., for the appropriate disposition.

IT IS FURTHER ORDERED that Refugio Mariscal Delgadillo be committed to the custody of the United States pending final disposition of this matter by the Secretary of State and arrival of agents

1  of the requesting state, at which time Refugio Mariscal Delgadillo will be transferred to the custody of
2  the agents of the requesting state at such time and place as mutually agreed upon by the United States
3  and the duly authorized representatives of the Government of Mexico to be transported to Mexico.
4      IT IS SO ORDERED.
5  Dated: March 25, 2013

                                                    /s/ Sheila K. Oberto
                                               United States Magistrate Judge